1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT FOR THE

8                           EASTERN DISTRICT OF CALIFORNIA

9
    DANIEL C. TILLMAN,                    )        1:08cv01692 DLB
10                                        )
                                          )
11                                        )
                                          )        ORDER GRANTING
12                                        )        EXTENSION OF TIME
                       Plaintiff,         )
13                                        )        (Document 13)
            vs.                           )
14                                        )
    MICHAEL J. ASTRUE, Commissioner,      )
15                                        )
                                          )
16                     Defendant.         )
                                          )
17  _____)

18
            On June 25, 2009, the parties filed a stipulation and proposed order to allow Defendant an
19
    extension of time to respond to Plaintiff's confidential letter brief up to and including June 22, 2009.
20
    The parties' request is GRANTED NUNC PRO TUNC.
21

22

23      IT IS SO ORDERED.

        Dated:    **June 26, 2009**            _____**/s/ Dennis L. Beck**_____
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                          1