1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9
DANIEL C. TILLMAN,                    )      1:08cv1692 DLB
10                                    )
                                      )
11                                    )      STIPULATION AND ORDER
                                      )      DISMISSING ACTION
12              Plaintiff,            )
                                      )
13         vs.                        )
                                      )
14   MICHAEL J. ASTRUE, Commissioner of )
     Social Security,                 )
15                                    )
                                      )
16              Defendant.            )
                                      )
17   _____)

18
         Pursuant to the parties' stipulation to dismiss filed on August 4, 2009, this action is
19
     DISMISSED WITH PREJUDICE.  The parties shall bear their own costs and expenses, including,
20
     but not limited to, attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).
21

22
         IT IS SO ORDERED.
23
         Dated:   **August 7, 2009**         _____/s/ **Dennis L. Beck**_____
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                              1